# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DENNIS BLANCHARD ET AL.**                    **CIVIL ACTION**

**VERSUS**                                          **No. 13-220**

**SALVADOR LEE ET AL.**                              **SECTION I**

## ORDER

Before the Court is an ex parte motion[1] filed by defendant, Salvador Lee ("Lee"), for an automatic stay pursuant to 11 U.S.C. § 362. Although the accompanying memorandum could be construed to broadly request a stay of the entire case, including all claims against Lee's co-defendants, the Court does not construe Lee's request to extend this far. Moreover, there is no allegation that this is one of the "unusual situations" in which "proceedings against [non-bankrupt co-defendants] could have a significant impact on the bankrupt." *Greenfield Comm'l Credit, L.L.C. v. Catlettsburg Refining, L.L.C.*, No. 03-3391, 2013 WL 3211747, at *2 (E.D. La. Oct. 19, 2005) (Duval, J.) (quotations omitted).

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and that all proceedings as to Lee are hereby **STAYED** and **ADMINISTRATIVELY CLOSED**, to be reopened upon a motion filed by any party within 30 days of a change of circumstances.

---

[1]R. Doc. No. 171.

**IT IS FURTHER ORDERED** that, to the extent Lee seeks to stay the entire case,  Lee may file a motion requesting such relief on or before **Monday, October 21, 2013**.

New Orleans, Louisiana, October 16, 2013.

LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**